IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

JASON TIMOTHY BOLYARD, )
)
Plaintiffs, )
)
v. )    CV 625-091
)
UNKNOWN FEDERAL OFFICERS AND )
AGENTS (JOHN DOES 1-50), )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The Magistrate Judge recommended dismissing the case because the claims are frivolous, and even if the claims were not frivolous, because Plaintiff named only John Doe Defendants. (See doc. no. 7.) Nothing in Plaintiff's objections or Plaintiff's thumb drive of exhibits changes the analysis. Nor does Plaintiff's request to conduct discovery and amend the complaint "to clarify any issues raised in the dismissal recommendation" require a different outcome because in the absence of a plausible claim and service of process on a Defendant, discovery is not appropriate. Moreover, amendment would be futile because Plaintiff offers nothing in the way of factual detail to support a non-frivolous claim. See Coventry First, LLC v. McCarty, 605 F.3d 865, 870 (11th Cir. 2010) (*per curiam*) (affirming denial of amendment on futility

grounds "when the complaint as amended would still be properly dismissed" (citation omitted)).

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint, along with the pending motions, (doc. nos. 3, 4), and **CLOSES** this civil action.

SO ORDERED this 25th day of February, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA