AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JASON TIMOTHY BOLYARD,

          Plaintiff,

          v.

UNKNOWN FEDERAL OFFICERS AND
AGENTS (JOHN DOES 1-50),

          Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:    CV 625-091

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered February 25, 2026 overruling Plaintiff's objections and adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's complaint, along with his pending motions, are dismissed.  This case stands closed.



2/25/2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020